# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re Wasserstrom Holdings, Inc. Data Breach Litigation | Case No.: 2:23-cv-02070<br><br>District Judge Michael H. Watson<br><br>Magistrate Judge Elizabeth Preston Deavers |

## NOTICE OF SETTLEMENT

Plaintiffs Kevin Gruscinski and Gregory Coffey (collectively, "Plaintiffs"), and Defendant Wasserstrom Holdings, Inc. hereby provide notice that the Parties have reached a class action settlement in principle. Plaintiffs expect to file a motion for preliminary approval of class action settlement within 45 days of this filing.

Dated: May 2, 2024   Respectfully submitted,

*/s/ Dylan J. Gould*
Terence R. Coates (0085579)
Dylan J. Gould (0097954)
**MARKOVITS, STOCK, & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Samuel J. Strauss (admitted *pro hac* vice)
Raina C. Borrelli (admitted *pro hac vice*)
**TURKE & STRAUSS LLP**
613 Williamson St., Ste. 201
Madison, WI 53703
Phone: (608) 237-1775
Facsimile: (608) 509-4423
*sam@turkestrauss.com*
*raina@turkestrauss.com*

Philip Krzeski (0095713)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*pkrzeski@chestnutcambronne.com*

*Interim Co-Lead Counsel for Plaintiffs*

*/s/ Carrie Dettmer Slye*
Carrie Dettmer Slye (#0079382)
Jennifer L. Brumfield (#0101553)
**BAKER & HOSTETLER LLP**
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4074
Tel: (513) 929-3400
Fax: (513) 929-0303
cdettmerslye@bakerlaw.com
jbrumfield@bakerlaw.com

Dante A. Marinucci (#0089402)
**BAKER & HOSTETLER LLP**
127 Public Square, Ste. 2000
Cleveland, OH 44114
Tel. (216) 621-0200
Fax (216) 696-0740
Email: dmarinucci@bakerlaw.com

Casie D. Collignon (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
ccollignon@bakerlaw.com

*Attorneys for Defendant Wasserstrom Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ Dylan J. Gould*
                                              Dylan J. Gould