# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

*In re* Wasserstrom Holdings, Inc. Data Breach Litigation,

Case No. 2:23-cv-2070

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The parties report this case as settled. ECF No. 39. The parties are **ORDERED** to file a joint report outlining the status of the case within **forty-five days**, and **every sixty days** thereafter, unless they have moved for settlement approval in the interim.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT